Liberoni Landscaping, Inc.
450 Davidson Road
Plum Borough, PA 15139

Anthony S Tominello
515 Center Ave.
Verona, PA 15147

| Employee Pay Stub | | Check number: | | | Pay Period: 07/06/2008 - 07/12/2008 | Pay Date: 07/15/2008 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Anthony S Tominello, 515 Center Ave., Verona, PA 15147 | | | | | ***-**-9061 | Married/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Prevailing Wage | 40:00 | 24.17 | 966.80 | 16,469.89 |
| Hourly wage | 6:30 | 17.73 | 115.25 | 602.84 |
| Prevailing Wage Ovt X 1.5) | 10:30 | 36.26 | 380.73 | 3,573.08 |
| Hourly wage overtime (x1.5) | | | | 843.50 |
| Hourly Vacation Rate | | | | 992.88 |
| | | | 1,462.78 | 22,482.19 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 56:00 | -56:00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match | 43.88 | 674.46 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple IRA Employee. | -43.88 | -674.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Plum emergency& municiple | -1.00 | -18.00 |
| Federal Withholding | -178.00 | -2,603.00 |
| Social Security Employee | -90.70 | -1,393.90 |
| Medicare Employee | -21.21 | -325.99 |
| PA - Income Tax | -44.91 | -690.21 |
| PA - Unemployment | -0.88 | -13.49 |
| | -336.70 | -5,044.59 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -84.23 | -1,516.14 |
| Miscellaneous Deduction | | -190.18 |
| | -84.23 | -1,706.32 |

| Net Pay | 997.97 | 15,056.82 |
|---|---|---|

Liberoni Landscaping, Inc., 450 Davidson Road, Plum Borough, PA 15139 412-380-0221

A. Liberoni, Inc
450 Davidson Road
Plum Borough, PA 15239

Anthony S Tominello
515 Center Ave.
Verona, PA 15147

| Employee Pay Stub | | Check number: | | | Pay Period: 08/10/2008 - 08/16/2008 | | Pay Date: 08/19/2008 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Anthony S Tominello, 515 Center Ave., Verona, PA 15147 | | | | | ***-**-9061 | Married/Withhold | Fed-0/0/PA-0/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | | YTD Used | Available |
| Prevailing Wage | 40:00 | 24.17 | 966.80 | 21,243.47 | Vacation | | 56:00 | -56:00 |
| Hourly wage overtime (x1.5) | 8:00 | 26.60 | 212.80 | 1,056.30 | **Non-taxable Company Items** | | Current | YTD Amount |
| Prevailing Wage Ovt X 1.5 | 6:00 | 36.26 | 217.56 | 4,769.66 | Simple IRA Co. Match | | 41.91 | 894.39 |
| Hourly wage | | | | 1,272.16 | | | | |
| Hourly Vacation Rate | | | | 992.88 | | | | |
| preval wage OVT- opr | | | | 478.80 | | | | |
| | | | 1,397.16 | 29,813.27 | | | | |
| **Deductions From Gross** | | | Current | YTD Amount | | | | |
| Simple IRA Employee. | | | -41.91 | -894.39 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Plum emergency & municiple | | | -1.00 | -23.00 | | | | |
| Federal Withholding | | | -165.00 | -3,525.00 | | | | |
| Social Security Employee | | | -86.62 | -1,848.42 | | | | |
| Medicare Employee | | | -20.26 | -432.29 | | | | |
| PA - Income Tax | | | -42.89 | -915.27 | | | | |
| PA - Unemployment | | | -0.84 | -17.89 | | | | |
| | | | -316.61 | -6,761.87 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Wage Garnishment | | | -84.23 | -1,937.29 | | | | |
| Miscellaneous Deduction | | | | -190.18 | | | | |
| | | | -84.23 | -2,127.47 | | | | |
| **Net Pay** | | | 954.41 | 20,029.54 | | | | |

A. Liberoni, Inc, 450 Davidson Road, Plum Borough, PA 15239 412-380-0221, Liberoni Landscaping, Inc.

Liberoni Landscaping, Inc.
450 Davidson Road
Plum Borough, PA 15139


Anthony S Tominello
515 Center Ave.
Verona, PA 15147

| Employee Pay Stub | | Check number: | | | Pay Period: 06/29/2008 - 07/05/2008 | | Pay Date 07/08/2008 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | **Allowances/Extra** | |
| Anthony S Tominello, 515 Center Ave., Verona, PA 15147 | | | | | ***-**-9061 | Married/Withhold | Fed-0/0/PA-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Prevailing Wage | 40:00 | 24.17 | 966.80 | 15,503.09 | Vacation | | 56.00 | -56:00 |
| Hourly wage overtime (x1.5) | 1:30 | 26.60 | 39.90 | 843.50 | | | | |
| Prevailing Wage Ovt X 1.5) | 11:00 | 36.26 | 398.86 | 3,192.35 | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| Hourly wage | | | | 487.59 | Simple IRA Co. Match | | 42.17 | 630.58 |
| Hourly Vacation Rate | | | | 992.88 | | | | |
| | | | 1,405.56 | 21,019.41 | | | | |
| **Deductions From Gross** | | | Current | YTD Amount | | | | |
| Simple IRA Employee. | | | -42.17 | -630.58 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Plum emergency& municiple | | | -1.00 | -17.00 | | | | |
| Federal Withholding | | | -166.00 | -2,425.00 | | | | |
| Social Security Employee | | | -87.14 | -1,303.20 | | | | |
| Medicare Employee | | | -20.38 | -304.78 | | | | |
| PA - Income Tax | | | -43.15 | -645.30 | | | | |
| PA - Unemployment | | | -0.84 | -12.61 | | | | |
| | | | -318.51 | -4,707.89 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Wage Garnishment | | | -84.23 | -1,431.91 | | | | |
| Miscellaneous Deduction | | | | -190.18 | | | | |
| | | | -84.23 | -1,622.09 | | | | |
| **Net Pay** | | | 960.65 | 14,058.85 | | | | |

Liberoni Landscaping, Inc., 450 Davidson Road, Plum Borough, PA 15139 412-380-0221

Liberoni Landscaping, Inc.
450 Davidson Road
Plum Borough, PA 15139


Anthony S Tominello
515 Center Ave.
Verona, PA 15147


**Employee Pay Stub**         Check number: 3712              Pay Period: 06/08/2008 - 06/14/2008        Pay Date 06/17/2008

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Anthony S Tominello, 515 Center Ave., Verona, PA 15147 | | | | | ***-**-9061 | Married/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Vacation Rate | 16:00 | 17.73 | 283.68 | 283.68 |
| Prevailing Wage | 28:00 | 25.82 | 722.96 | 13,569.49 |
| Hourly wage | 5:30 | 17.73 | 97.52 | 487.59 |
| Hourly wage overtime (x1.5) | | | | 777.00 |
| Prevailing Wage Ovt X 1.5) | | | | 2,322.11 |
| | | | 1,104.16 | 17,439.87 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 16.00 | -16.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match | 33.12 | 523.19 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple IRA Employee. | -33.12 | -523.19 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Plum emergency& municiple | -1.00 | -14.00 |
| Federal Withholding | -123.00 | -2,016.00 |
| Social Security Employee | -68.46 | -1,081.27 |
| Medicare Employee | -16.01 | -252.88 |
| PA - Income Tax | -33.90 | -535.41 |
| PA - Unemployment | -0.66 | -10.46 |
| | -243.03 | -3,910.02 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -84.23 | -1,179.22 |
| Miscellaneous Deduction | | -7.79 |
| | -84.23 | -1,187.01 |

| Net Pay | 743.78 | 11,819.65 |
|---|---|---|

Liberoni Landscaping, Inc., 450 Davidson Road, Plum Borough, PA 15139 412-380-0221